**FILED**

November 1, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____CR_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: **DR:23-CR-02799-AM** |
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| GABRIEL TORRES-GOMEZ | § | Illegal Re-entry into the United States.] |
| | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about October 4, 2023, in the Western District of Texas, Defendant,

GABRIEL TORRES-GOMEZ,

an alien, attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported and removed from the United States on or about September

29, 2023, and that Defendant had not received the consent of the Attorney General of the United

States and the Secretary of the Department of Homeland Security, to reapply for admission to the

United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

████████████████████

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____ For
KATHERINE GORSKI
Assistant United States Attorney