UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION



FILED
JAN 3 0 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| VS. | § § CAUSE NO.: DR-23-CR-02799 (01) AM |
| GABRIEL TORRES-GOMEZ | § § § § |

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On October 4, 2023, Defendant was found in the United States near Del Rio, Texas within the Western District of Texas by federal law enforcement agents. The Defendant is an alien and citizen of Mexico who has been previously formally deported from the United States on or about September 29, 2023, through Del Rio, Texas. After such formal deportation, the Defendant has not received the consent of the Attorney General of the United States nor the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States. The Defendant is voluntarily in the United States unlawfully. The Defendant committed all of the foregoing acts knowingly and voluntarily.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: _____ for
KATHERINE GORSKI
Assistant United States Attorney

After consulting with my attorney, I hereby stipulate the above Statement of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt. **I accept responsibility for my actions in this case and apologize for having committed this offense.**

Signed this _30th_ day of _January_, 2024.

X _Gabriel Torres_
GABRIEL TORRES-GOMEZ
Defendant

I am Defendant's Attorney, I have carefully reviewed the above Stipulation of Facts with the Defendant. To my knowledge, Defendant's decision to stipulate to such facts is informed and voluntary.

Signed this _30th_ day of _January_, 2024.

_____
ROBERT GARZA
Defendant's Attorney

Adopted and approved this _30th_ day of _January_, 2024.

_____
MATTHEW H. WATTERS
United States Magistrate Judge