U.S. MARSHALS W/TX
RECEIVED

MAY 2 3 2024

DEL RIO, TX

# UNITED STATES DISTRICT COURT
## Western District of Texas
### DEL RIO DIVISION

UNITED STATES OF AMERICA

v.

(1) Gabriel Torres-Gomez
Defendant

Case Number:  2:23-CR-02799(1)-MVL
USM Number:   81037-510

FILED

MAY 28 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, (1) Gabriel Torres-Gomez, was represented by Robert Garza (Appointed).

The defendant pled guilty to Count(s) One of the Indictment on January 30, 2024. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s)

| Title and Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 U.S.C. § 1326 | Illegal Re-Entry into the United States | October 4, 2023 | One |

As pronounced on May 22, 2024, the defendant is sentenced as provided in pages 2 through 6 of the judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by the Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the __22nd__ day of May 2024.

RETURNED EXECUTED

5/28/2024

_____
**MARY ANN VIAL LEMMON**
Senior United States District Judge

Arresting Agency: United States Border Patrol

A true copy of the original, I certify.
Clerk, U.S. District Court

By:_____
        Deputy Clerk